**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| **JERRY P. LUNG AND** | |
| **ANGELA L. LUNG** | **PLAINTIFFS** |
| **v.**        Case No. 3:12-cv-00054 KGB | |
| **ALLSTATE PROPERTY AND** | |
| **CASUALTY INSURANCE COMPANY** | **DEFENDANT** |

## ORDER

Based on the parties' notice of settlement (Dkt. No. 34), this case is removed from the trial docket for the week of February 10, 2014, and all related pretrial deadlines are suspended. This matter will remain open until the parties file a motion to dismiss or stipulation of dismissal.

SO ORDERED this the 23rd day of January, 2014.

_____
Kristine G. Baker
United States District Judge