**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**JERRY P. LUNG AND
ANGELA L. LUNG**                                                               **PLAINTIFFS**

**v.**                                   **Case No. 3:12-cv-00054 KGB**

**ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY**                                  **DEFENDANT**

## ORDER

The parties previously filed a notice of settlement (Dkt. No. 34).  The parties have now

submitted to the Court a consent order of dismissal with prejudice.  For good cause shown,

plaintiffs Jerry P. Lung and Angela L. Lung's cause of action against defendant Allstate Property

and Casualty Insurance Company ("Allstate") is dismissed with prejudice, and Allstate's

counter-complaint against Mr. and Ms. Lung is dismissed with prejudice.  Each party shall pay

their own attorney's fees and bear their own discretionary costs.

SO ORDERED this the 10th day of February, 2014.

_____
Kristine G. Baker
United States District Judge